JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE LIFE INSURANCE COMPANY, | Case No. CV 18-4722 FMO (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BERNADETTE CULVER, et al., | |
| Defendants. | |

Pursuant to the Court's Order for the Entry of Default Judgment Against Defendant Lasandra Young and Order of Discharge and Dismissal, IT IS ADJUDGED that:

1. Nationwide Life Insurance Company ("Nationwide") shall pay 25% of the Individual Flexible Purchase Payment Variable Deferred Annuity Contract, Contract No. 01-7572412 (the "Annuity Contract") value to each of the following: Bernadette Culver, Walter Culver, Denise Hippach and Skylar Myhand.

2. Nationwide is hereby released, discharged and forever acquitted from any and all liability of any kind or nature whatsoever as to any of the parties hereto and to anyone on account of the payment of the Annuity Contract value of any sums due and owing under the Annuity Contract, upon payment of the Annuity Contact value to Bernadette Culver, Walter Culver, Denise Hippach and Skylar Myhand.

3. The above-captioned case is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

4. Nationwide shall attempt to serve all the parties with a copy of this judgment in such a manner as to make it operative in future proceedings.

Dated this 20th day of December, 2018.

                                                      /s/
                                  Fernando M. Olguin
                                United States District Judge